**No. 60684.**—Lansen Naeve Corp. and M. B. I. Export & Import, Ltd., et al. *v.* United States, protests 230070–K, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the items of merchandise in question are, in fact, parts of machine tools, being multi-

purpose machine vises and spare parts thereof; that said vises are not hand tools; that they are composed wholly of metal; and that they are used exclusively to hold metal material which is to be worked upon by a power-driven tool, the claim of the plaintiffs was sustained.